UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HELENE OLBINKSI,

    Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

Case No. 17-CV-308-JPS

**ORDER**

---

  On March 2, 2017, Plaintiff filed a complaint against Defendant, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). There has been no indication that Defendant has been served with process in this matter. On March 27, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice and without costs to either party. (Docket #5). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(I).

  Accordingly,

  **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

  Dated at Milwaukee, Wisconsin, this 28th day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge